USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

17-cr-0791 (LAK)

ALEXANDER MELENDEZ, et al.,

Defendants.

------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

  Except as otherwise stated, the following motions are disposed of as indicated on the record today: Dkt. 60, 63, 78, 81, 85, 89, and 96.

  The Motion in Limine by the Government [DI-78], insofar as it concerns a motion to admit prior consistent statements made by CW-1 and CW-4 as possible rehabilitation evidence, is reserved for trial.

  I will address in a subsequent order the final issue, the Motion in Limine by the Government [DI-78], insofar as it concerns evidence of Jones's alleged membership in the MacBallas gang.

  SO ORDERED.

Dated:   November 25, 2019

_____
Lewis A. Kaplan
United States District Judge