USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 1 9 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

-against-

17-cr-0791 (LAK)

ALEXANDER MELENDEZ, et al.,

Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The transcript of the jury panel voir dire, dated December 3, 2019, is sealed pending further order of the Court.

       SO ORDERED.

Dated:    December 19, 2019

                                    Lewis A. Kaplan
                                    United States District Judge