USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 19 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

-against-

17-cr-0791 (LAK)

ALEXANDER MELENDEZ, et al.,

Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The transcript of the voir dire is sealed. Defendants and their counsel shall not contact any jurors pending further order of the Court. Counsel shall appear tomorrow in Courtroom 21B at 10:30 a.m.

      SO ORDERED.

Dated:     December 19, 2019

_____
Lewis A. Kaplan
United States District Judge