UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        -against-                                        S4 17-cr-791 (LAK)

ALEXANDER MELENDEZ, et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The letter motion of defendant Jones (Dkt 234) to modify the protective order (Dkt 54) is granted to the extent a new paragraph 6 as follows is added to the protective order:

> "6.    In addition to the foregoing, the materials enumerated in Dkt 234 may be disclosed to attorneys Christine Chung, Gary Stein and Harry Sandick and such other members of the Bar of this Court as now or subsequently represent *amici curiae* or potential *amici curiae* and disclosure to whom is approved by the Court.  All such attorneys shall be Designated Persons within the meaning of this order."

It is denied in all other respects.

        SO ORDERED.

Dated:       February 17, 2021

                                       Lewis A. Kaplan
                                United States District Judge